# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00406-PAB-KMT

CARLOS BRITO,

    Plaintiff,

v.

CPLG PROPERTIES L.L.C.,

    Defendant.

## JOINT NOTICE OF SETTLEEMNT

Plaintiff, CARLOS BRITO, and Defendant, CPLG PROPERTIES L.L.C., hereby advise the Court that the parties have reached an agreement to settle the instant case. The Parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than 20 days from the date of this Notice. Accordingly, the Parties respectfully request that the Court vacate all currently set dates and deadlines.

Respectfully submitted this 23rd day of April, 2021.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Johanna Fister Norvel* |
| ANTHONY J. PEREZ | Johanna Fister Norvel |
| GARCIA-MENOCAL & PEREZ, P.L. | LOCKE LORD LLP |
| 1600 Broadway, Suite 1600 | 600 Travis Street, |
| Denver, Colorado 80202 | Suite 2800 |
| Telephone: (303) 386-7208 | Houston, Texas 77002 |
| Facsimile: (305)553-3031 | (713) 226-1423 |
| Primary Email: ajperez@lawgmp.com | Email: hnorvell@lockelord.com |
| Secondary Email: aquezada@lawgmp.com | *Attorney for Defendant, CPLG Properties, L.L.C.* |
| *Attorney for Plaintiff* | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 23rd, 2021 I electronically filed the foregoing document with the Clerk of the Court and counsel of record using CM/ECF.

                                           **GARCIA-MENOCAL, & PEREZ, P.L.**
                                           *Attorneys for Plaintiff*
                                           1600 Broadway, Suite 1600
                                           Denver, Colorado 80202
                                           Telephone: (303) 386-7208
                                           Facsimile: (305) 553-3031
                                           Primary E-Mail:  ajperez@lawgmp.com
                                           Secondary Email:  aquezada@lawgmp.com;
                                           bvirues@lawgmp.com.


By: ___*/s/ Anthony J. Perez*_____
           ANTHONY J. PEREZ