# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-00406-PAB-KMT

CARLOS BRITO,

      Plaintiff,

v.

CPLG PROPERTIES L.L.C.,

      Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, CARLOS BRITO and Defendant, CPLG PROPERTIES L.L.C., having entered into a Settlement Agreement and Release that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this action with prejudice.

Respectfully submitted this 6th day of May, 2021.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Johanna Fister Norvell* |
| ANTHONY J. PEREZ | Johanna Fister Norvell |
| GARCIA-MENOCAL & PEREZ, P.L. | LOCKE LORD LLP |
| 1600 Broadway, Suite 1600 | 600 Travis Street, |
| Denver, Colorado 80202 | Suite 2800 |
| Telephone: (303) 386-7208 | Houston, Texas 77002 |
| Facsimile: (305)553-3031 | (713) 226-1423 |
| Primary Email: ajperez@lawgmp.com | Email: hnorvell@lockelord.com |
| Secondary Email: aquezada@lawgmp.com | *Attorney for Defendant, CPLG Properties, L.L.C.* |
| *Attorney for Plaintiff* | |

## CERTIFICATE OF SERVICE

2

    I hereby certify that on May 6th, 2021 I electronically filed the foregoing document with the Clerk of the Court and counsel of record using CM/ECF.

          **GARCIA-MENOCAL, & PEREZ, P.L.**
          *Attorneys for Plaintiff*
          1600 Broadway, Suite 1600
          Denver, Colorado 80202
          Telephone: (303) 386-7208
          Facsimile: (305) 553-3031
          Primary E-Mail: ajperez@lawgmp.com
          Secondary Email: aquezada@lawgmp.com;
          bvirues@lawgmp.com.

    By: ___*/s/ Anthony J. Perez*_____
          ANTHONY J. PEREZ